# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CLASSEN IMMUNOTHERAPIES, INC.** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil No. RWT-13-921 |
| **SHIONOGI INC. et al.** | * | |
| **Defendants.** | * | |

******

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for: **Shionogi Inc.** I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 23, 2013 | /s/ Jonathan Biran |
| *Date* | *Signature of Counsel* |
| | |
| | Jonathan Biran                28098 |
| | *Print Name*                  *Bar Number* |
| | |
| | Biran Kelly LLC |
| | *Firm Name* |
| | |
| | 201 N. Charles Street Suite 2001 |
| | *Address* |
| | |
| | Baltimore, MD 21201 |
| | *City/State/Zip* |
| | |
| | (410) 625-2500 |
| | *Phone No.* |
| | |
| | (443) 773-0482 |
| | *Fax No.* |
| | |
| | jbiran@birankelly.com |
| | *Email Address* |