UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| CLASSEN IMMUNOTHERAPIES, INC, <br><br> Plaintiff, <br><br> vs. <br><br> SHIONOGI INC. et al., <br><br> Defendants. | CASE NO. 1:13-cv-00921-RWT |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Jonathan Biran__, am a member in good standing of the bar of this Court.

My bar number is __28098__   I am moving the admission of __Tracey Allen__

_____ to appear *pro hac vice* in this case as

counsel for  Shionogi, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia Bar (3/1/2004) | U.S. District Court for the District of Columbia (3/6/2006) |
| | U.S. District Court for the District of Colorado (8/4/2011) |
| | U.S. District Court for the Northern District of Georgia (4/30/2011) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Jonathan Biran | /s/ Tracey Allen |
| Signature | Signature |
|  | (signed by Jonathan Biran with permission of Tracey Allen) |
| Jonathan Biran | Tracey Allen |
| Printed Name | Printed Name |
| Biran Kelly LLC | Wilmer, Cutler, Pickering, Hale & Dorr |
| Firm | Firm |
| 201 N. Charles Street, Suite 2001 | 1875 Pennsylvania Avenue, NW |
| Address | Address |
| Baltimore, MD 21201 | Washington, DC 20006 |
| City, State, Zip Code | City, State, Zip Code |
| 410.625.2500 | 202.663.6000 |
| Telephone Number | Telephone Number |
| 443.773.0482 | 202.663.6363 |
| Fax Number | Fax Number |
| jbiran@birankelly.com | Tracey.Allen@wilmerhale.com |
| Email Address | Email Address |