## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **CLASSEN IMMUNOTHERAPIES, INC.,** | * |
| Plaintiff, | * |
| v. | * Case No. RWT 13-cv-921 |
| **SHIONOGI, INC., ET AL.,** | * |
| Defendants. | * |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 28th day of January, 2014, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Motion to Dismiss [ECF No. 19] is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Complaint [ECF No. 1] is **DISMISSED**; and it is further

**ORDERED**, that judgment for costs be entered in favor of all Defendants; and it is further

**ORDERED**, that the Clerk shall close the case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE