IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CLASSEN IMMUNOTHERAPIES, INC. | |
| **Plaintiff,** | Civil Action: 13-921 - RWT |
| vs. | |
| SHIONOGI INC., and MERZ PHARMACEUTICALS, LLC | |

NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Plaintiff Classen Immunotherapies hereby gives notice of appeal of (i) the Court's Order #34 dismissing the above matter and of (ii) the Court's Memorandum Opinion #33 on dismissal, to the United States Court of Appeals for the Federal Circuit.

Respectfully submitted,

 /s/*Joseph J. Zito*
Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW
Suite 200
Washington, DC 20036

Attorneys for Plaintiff
Classen Immunotherapies, Inc.

CERTIFICATE OF SERVICE

I hereby certify that the forgoing Notice of Appeal was filed via the CM/ECF system of the United States District Court for the District of Maryland on the 15th day of February 2014 and that all counsel of record were served via the ECF system.

 /s/ Joseph J. Zito